Finding no error in the record, the judgment will be affirmed.

## BACHIS v. STATE.

No. 25038.

Court of Criminal Appeals of Texas.

Dec. 13, 1950.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for the unlawful sale of whisky in a dry area. The jury assessed his penalty at a fine of $200.00.

The record is brought forward without a statement of facts or bill of exception. The proceedings appear regular. Nothing is presented for review.

The judgment of the trial court is affirmed.